IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALLSTATE PROPERTY AND CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:20cv496-MHT (WO) |
| MICHAEL WILKS, | ) ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Allstate Property and Casualty Company's renewed motion for summary judgment (Doc. 34) is granted.

(2) Judgment is entered in favor of plaintiff Allstate Property and Casualty Company and against defendant Michael Wilks.

(3) It is declared, pursuant to 28 U.S.C. § 2201, that defendant Wilks is not entitled to uninsured

motorist benefits under the auto policy issued by plaintiff Allstate Property and Casualty Company to his great aunt, Ann Slaughter.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of September, 2021.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE